# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0112
Lower Tribunal No. 2022-CA-002153

_____

DAVID TERRENCE STEPHENS,

Appellant,

v.

AMANDA REGINA JACOBSON, MICHAEL HOWARD LaFAY,
and HONORABLE ROBERT WATTLES,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Jay P. Cohen, Judge.

March 10, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and WHITE, JJ., concur.


David Terrence Stephens, Jasper, pro se.

James Uthmeier, Attorney General, Tallahassee, and Jessica Schwieterman, Senior Assistant Attorney General, Tampa, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED